UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____
                                            )
WILLOW RUN FOODS, INC.,       )
                                            )      **STIPULATION OF DISMISSAL**
      Plaintiff,                     )      **WITHOUT PREJUDICE**
                                            )
      v.                                 )      Civil Action No.:  3:22-cv-00170
                                            )      (DNH/ML)
SUPPLY MANAGEMENT      )
SERVICES, INC.,                      )
                                            )
      Defendant.                   )
_____)

     IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the same hereby is dismissed, and without prejudice, without costs to either party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.


Dated:  September 8, 2022        _s/  Jeanette  Warren_ _____
       Binghamton, NY                  Jeanette N. Warren, Esq.
                                        HINMAN, HOWARD & KATTELL, LLP
                                        Bar Roll No.:  303052
                                        *Attorneys for Plaintiff*
                                        80 Exchange Street
                                        P.O. Box 5250
                                        Binghamton, NY  13902-5250
                                        (607) 723-5341
                                        Email: jgleason@hhk.com

Dated:  September  7, 2022
        Binghamton, NY

*Mitchell Goldberg*_____
Mitchell D. Goldberg, Esq.
OCHS & GOLDBERG, LLP
Bar Roll No.: 2271047
*Attorneys for Defendant*
1270 Avenue of the Americas, Suite 747
New York, NY  10020
(212) 983-1221
Email: Mitchell@oglaw.net

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated:  9-9-2022
       _____